UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60319-CIV-SINGHAL

JUAN A. IVICH,

    Plaintiff,

v.

PHE, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant PHE, Inc. (DE [7]) ("Notice"). The Court having reviewed the Notice and the docket and PHE, Inc. being the only defendant, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 28th day of February 2025.

                                                    RAAG SINGHAL
                                                  UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF